**Order entered August 28, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00744-CV

## DEWEY M. MOORE, JR., Appellant

## V.

## CORT THOMAS, IN HIS CAPACITIES AS
## RECEIVER AND AS ASSIGNEE, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-02015-E**

## ORDER

Before the Court is appellant's August 27, 2020 unopposed motion to extend the deadline to file the parties' respective briefs on the merits. We **GRANT** the motion. We **ORDER** appellant to file his brief on or before **October 30, 2020**. We **ORDER** appellee to file his brief on or before **December 21, 2020**. We caution the parties that further extension requests in this accelerated appeal will be disfavored.

/s/    ERIN A. NOWELL
        JUSTICE